

WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    **Case No.: 16–19302 – WIL**    **Chapter: 13**

**Doretta Cleopatra DeMessa**
Debtor(s)

## ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN
## WITH LEAVE TO AMEND

Having held a hearing on the Chapter 13 Plan proposed by the Debtor(s) and having concluded that the proposed Plan does not fulfill the requirements for confirmation set out in 11 U.S.C. § 1325, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that confirmation of the Chapter 13 Plan proposed by the Debtor(s) is denied; and it is further

ORDERED, that the Debtor(s) is/are granted leave to file an amended Plan on or before December 2, 2016 and it is further

ORDERED, that if an Amended Plan is timely filed and served on all creditors and parties in interest, the hearing on confirmation of the Amended Plan shall take place on January 3, 2017 at 2:00 p.m. in Courtroom 3C of the U.S. Bankruptcy Court, U.S. Courthouse, 6500 Cherrywood Lane, Greenbelt, Maryland 20770; and it is further

ORDERED, that if within the time granted for amendment the Debtor(s) fail(s) to file an Amended Plan, or if this case is not converted to a case under another chapter or voluntarily dismissed, then this case may be dismissed by the Court on account of Debtor(s)' failure to prosecute the case properly, without further notice or hearing.

cc:   Debtor(s)
      Attorney(s) for Debtor(s) – Victor Palmeiro
      Case Trustee – Timothy P. Branigan

*** DEBTOR(S)/COUNSEL SHALL MAIL (1) A COPY OF THIS NOTICE AND (2) THEIR AMENDED PLAN TO ALL CREDITORS AND PARTIES REQUESTING NOTICE AND SHALL PROVIDE THE COURT WITH A CERTIFICATE OF SERVICE BY THE DATE SET FOR FILING THE AMENDED PLAN. ***

### End of Order

08x02a (rev. 05/14/2009) – sward